JS44 (Rev. 10/2020 NDGA)

# CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record.  (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

## DEFENDANT(S)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT_____
(IN  U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF  LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

## ATTORNEYS  (IF KNOWN)

## II.  BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

1 U.S. GOVERNMENT PLAINTIFF

2 U.S. GOVERNMENT DEFENDANT

3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)

4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR  DIVERSITY CASES ONLY)

| PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|
| 1 | 1 | CITIZEN OF THIS STATE | 4 | 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| 2 | 2 | CITIZEN OF ANOTHER STATE | 5 | 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| 3 | 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | 6 | 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X "IN ONE BOX ONLY)

1 ORIGINAL PROCEEDING

2 REMOVED FROM STATE COURT

3 REMANDED FROM APPELLATE COURT

4 REINSTATED OR REOPENED

5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)

6 MULTIDISTRICT LITIGATION - TRANSFER

7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

8 MULTIDISTRICT LITIGATION - DIRECT FILE

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**(IF COMPLEX, CHECK REASON BELOW)**

1. Unusually large number of parties.

2. Unusually large number of claims or defenses.

3. Factual issues are exceptionally complex

4. Greater than normal volume of evidence.

5. Extended discovery period is needed.

6. Problems locating or preserving evidence

7. Pending parallel investigations or actions by government.

8. Multiple use of experts.

9. Need for discovery outside United States boundaries.

10. Existence of highly technical issues and proof.

## CONTINUED ON REVERSE

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT  $_____   APPLYING IFP _____   MAG. JUDGE (IFP) _____

JUDGE_____   MAG. JUDGE _____   NATURE OF SUIT _____   CAUSE OF ACTION_____
*(Referral)*

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- 110 INSURANCE
- 120 MARINE
- 130 MILLER ACT
- 140 NEGOTIABLE INSTRUMENT
- 151 MEDICARE ACT
- 160 STOCKHOLDERS' SUITS
- 190 OTHER CONTRACT
- 195 CONTRACT PRODUCT LIABILITY
- 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- 210 LAND CONDEMNATION
- 220 FORECLOSURE
- 230 RENT LEASE & EJECTMENT
- 240 TORTS TO LAND
- 245 TORT PRODUCT LIABILITY
- 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- 310 AIRPLANE
- 315 AIRPLANE PRODUCT LIABILITY
- 320 ASSAULT, LIBEL & SLANDER
- 330 FEDERAL EMPLOYERS' LIABILITY
- 340 MARINE
- 345 MARINE PRODUCT LIABILITY
- 350 MOTOR VEHICLE
- 355 MOTOR VEHICLE PRODUCT LIABILITY
- 360 OTHER PERSONAL INJURY
- 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- 365 PERSONAL INJURY - PRODUCT LIABILITY
- 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- 370 OTHER FRAUD
- 371 TRUTH IN LENDING
- 380 OTHER PERSONAL PROPERTY DAMAGE
- 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- 422 APPEAL 28 USC 158
- 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- 440 OTHER CIVIL RIGHTS
- 441 VOTING
- 442 EMPLOYMENT
- 443 HOUSING/ ACCOMMODATIONS
- 445 AMERICANS with DISABILITIES - Employment
- 446 AMERICANS with DISABILITIES - Other
- 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- 462 NATURALIZATION APPLICATION
- 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- 463 HABEAS CORPUS- Alien Detainee
- 510 MOTIONS TO VACATE SENTENCE
- 530 HABEAS CORPUS
- 535 HABEAS CORPUS DEATH PENALTY
- 540 MANDAMUS & OTHER
- 550 CIVIL RIGHTS - Filed Pro se
- 555 PRISON CONDITION(S) - Filed Pro se
- 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- 550 CIVIL RIGHTS - Filed by Counsel
- 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- 710 FAIR LABOR STANDARDS ACT
- 720 LABOR/MGMT. RELATIONS
- 740 RAILWAY LABOR ACT
- 751 FAMILY and MEDICAL LEAVE ACT
- 790 OTHER LABOR LITIGATION
- 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- 820 COPYRIGHTS
- 840 TRADEMARK
- 880 DEFEND TRADE SECRETS ACT OF 2016 (DTSA)

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- 830 PATENT
- 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- 861 HIA (1395ff)
- 862 BLACK LUNG (923)
- 863 DIWC (405(g))
- 863 DIWW (405(g))
- 864 SSID TITLE XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- 870 TAXES (U.S. Plaintiff or Defendant)
- 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- 375 FALSE CLAIMS ACT
- 376 Qui Tam 31 USC 3729(a)
- 400 STATE REAPPORTIONMENT
- 430 BANKS AND BANKING
- 450 COMMERCE/ICC RATES/ETC.
- 460 DEPORTATION
- 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- 480 CONSUMER CREDIT
- 485 TELEPHONE CONSUMER PROTECTION ACT
- 490 CABLE/SATELLITE TV
- 890 OTHER STATUTORY ACTIONS
- 891 AGRICULTURAL ACTS
- 893 ENVIRONMENTAL MATTERS
- 895 FREEDOM OF INFORMATION ACT 899
- 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- 410 ANTITRUST
- 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- 896   ARBITRATION (Confirm / Vacate / Order / Modify)

## * PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3

---

## VII. REQUESTED IN COMPLAINT:

CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23       DEMAND $_____

JURY DEMAND        YES        NO   (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

---

## VIII. RELATED/REFILED CASE(S) IF ANY

JUDGE_____                DOCKET NO._____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES:  (CHECK APPROPRIATE BOX)
1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):


7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO.                         , WHICH WAS DISMISSED. This case   IS         IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

---

Showalter, Justin W                                    2022-10-12

SIGNATURE OF ATTORNEY OF RECORD                        DATE

**UNITED STATES DISTRICT COURT FOR THE NORTH DISTRICT OF GEORIGA**

| | | |
|---|---|---|
| KRISTEN JOY KING | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| | ) **Complaint** | |
| STUART CHARLES TRUSTY | ) | |
| Defendant | ) | |

## COMPLAINT

Kristen King, through her attorney, Justin Showalter, for her Complaint against Stuart Trusty, alleges as follows: Stuart Trusty has exploited Kristen King under the Federal Labor And Standards Act, and is in breach of contract by not paying her.

## PRELIMINARY STATEMENT

This is a civil suit under 29 U.S.C. 216(b) for violation of the Federal Labor Standards Act, and a breach of contract claim. Stuart Trusty is in violation of the Federal Labor Standards Act by failing to pay Kristen King her wages. Kristen King worked as an employee for Stuart Trusty in an Airbnb. She was employed as property manager, remote personal assistant, Co-host, and system maintenance engineer for cryptomining servers. All of these positions, including the odd-jobs she did for Stuart Trusty, have her working in interstate commerce and thus she is covered under the FLSA. Stuart Trusty never paid her wages. Worked

her in excess of 12 hours, many days, and had her on-call 24/7. No holidays. No weekends. Stuart Trusty also deducted all expenses used in maintaining the property from a monthly stipend that was agreed to be paid to Kristen King.

Kristen King also brings a breach of contract claim. Kristen King worked for Stuart relying on an agreement they had where she would be paid a percentage of Airbnb net booking payouts, she would have a vehicle to use, she would be paid cleaning fees, and a $450 monthly stipend.

Plaintiff seeks $145,021 pursuant to 29 U.S.C. 216.

## SUBJECT MATTER JURISDICTION

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Fair Labor Standards Act 29 U.S.C. 206 and 207.

The court also has supplemental jurisdiction over the breach of contract via 28 U.S.C. 1367, because it arises from the same facts as the FLSA claim.

## VENUE

Venue is proper in this district under 28 U.S.C. § 1391(b)(1), in that Stuart Trusty resides in this district and all defendants reside in the Northern District of Georgia.

## PARTIES

Kristen King is an individual who resides in Fulton County Georgia at 1895 Turner Rd SE, Atlanta GA 30315. King is a United States Citizen. Kristen King is the plaintiff in this action. She is a victim of worker exploitation by Stuart Trusty and brings this action against him for it.

Stuart Trusty currently resides in Fulton, County Georgia  at 1895 Turner Rd SE, Atlanta GA 30315. He is a United States Citizen. He operates the Airbnb the two currently reside at where this dispute is occurring and is the defendant in this action.

## FACTS

Attached as Exhibit A is a true and correct copy of selected WhatsApp chat messages showing an understanding that Kristen was working in a paid position, and showing deductions are made from her pay, and she was not being paid.

## COUNT 1
## WORKER EXPLOITATION
## BY NOT PAYING WAGES, STUART TRUSTY IS IN VIOLATION OF THE FLSA
1

Kristen worked from May 21st, 2021 to August 13, 2022 as a remote personal assistant, property manager, Airbnb co-host, and as an entry

level system maintenance engineer for cryptocurrency servers. The

Airbnb is located at 1895 Turner Rd SE, Atlanta, GA 30315.

2

As an employee working in a position dealing with interstate commerce

(out of state and international travelers, and works for a frequently out

of state employer, and working with cryptocurrency) Kristen's

employment falls under the Fair Labor Standards Act and federal

minimum wage laws.

3

Kristen was never paid wages, save for, occasionally,  a portion of an

agreed stipend of $450 a month that Stuart called "play money."

4.

Kristen's entire stipend was often deducted for items and repairs to be

used on the hostel. Such a practice is in violation of the FLSA when it

keeps the employee from earning a minimum wage.

5.

Any funds (either in USD or cryptocurrency) sent to Kristen King came

directly from Stuart Trusty, rather than a company. These funds were

usually sent to her to pay for bushiness errands or property

maintenance.

6.

Kristen was on call 24/7 and was working in excess of 12, 16 hours

everyday.

7.

Kristen King's past wages are calculated at 64 weeks and 1 day of minimum wage with 1.5 overtime pay for 84 hours a week. $49,271. Plus 50% of the Airbnb net earnings, $16,422. Plus the $450 monthly stipend for 14.75 months, $6637. Equals $72,330.

8.

Stuart Trusty is in violation of 29 U.S.C. 206 (minimum wage standards) and 29 U.S.C. 207 (overtime laws) by not paying a wage to an employee working in interstate commerce and working her overtime without pay. This violation is actionable in a civil suit under 29 U.S.C. 216(b).

9.

29 U.S.C. 216(b) places the damages as double wages earned.

10.

By reason of the foregoing, Stuart Trusty is liable in the amount of $145,021, plus attorneys' fees and costs, under 29 U.S.C. 216(b).

## COUNT 2
## BREACH OF CONTRACT

11.

Plaintiff repeats and realleges the above paragraphs as if fully set forth herein.

12.

Kristen King relied on a verbal contract regarding her pay in working for Stuart Trusty.

13.

She began work with the agreed upon understanding she would be paid a percentage of the Airbnb net booking payouts, the cleaning fees, and a $450 monthly stipend from a tenant's rent. She was also to have a vehicle to use, per the agreement. This arrangement was affirmed in numerous text exchanges between Stuart and Kristen.

14.

Throughout the year she asked for pay, Stuart affirmed she was due pay, but never paid her what she was due, and, further, had her use her stipend for Stuart's property maintenance. The vehicle provided her on the property was nonfunctional and never repaired and no alternate vehicle was provided to her.

15.

Stuart Trusty is in breach of contract. There was a mutual assent between Kristen and Stuart as to Kristen's compensation that Stuart did not comply with. Kristen Stuart has performed her end of the contract to the benefit of Stuart by working for him and maintaining his property and business. This performance and reliance has been a detriment to Kristen because she has no money to enable her to leave the situation, to feed herself, nor money to provide for her daily necessities. Kristen's work is an essential element of the contract. By Stuart not paying Kristen for her work while affirming there is pay due

to her, Stuart is engaging in fraud and breach of contract. This puts Stuart in violation of OCGA 13-4-20.

16.

OCGA 13-6-2 and 13-6-9 allow for the recovery of lost wages, and necessary expenses lost in complying with the contract. Her past wages are calculated at 64 weeks and 1 day of minimum wage with 1.5 overtime pay for 84 hours a week. $49,271. Plus 50% of the Airbnb net earnings, $16,422. Plus the $450 monthly stipend for 14.75 months, $6637. Plus $361 necessary expenses. Equals $72,691.

17.

By reason of the foregoing, Stuart Trusty is liable in the amount of $72,691, plus attorneys' fees and costs.

**WHEREFORE**, Kristen King requests judgment as follows:

A. On Count One, awarding damages in favor of Kristen King, in an amount to be determined at trial, but in no event less than $145,021, plus attorneys' fees and costs.

B. On Count Two, awarding damages in favor of Kristen King, in an amount to be determined at trial, but in no event less than $72,691, plus attorneys' fees and costs.

C. Granting Kristen King such other and further relief as the Court

deems just and proper.


Dated: 2022-10-12
Atlanta, Georgia

Respectfully submitted,
By: _Showalter, Justin W_
Justin Showalter
BAR NUMBER: 166424
The Showalter Law Offices, P.C.
689 North Ave NW, Atlanta GA 30318
404-327-1635
jshowalter@protonmail.com
Attorney for Plaintiff Kristen King

## EXHIBIT A









10:09 📧 🖼                     🔋 📶 ⁴ᴳ⁄ₗₜₑ◢ 52% ⭕

← 　π Stuart Trusty            📹  📞  ⋮
　　　online

　　　　　　　　　　　　　　　　　9:21 PM ✓✓

We need to document what kind of
ongoing supplies are needed, cost,
schedule, there are the tasks that are
clearly need to get done one-time,
but there's the regular tasks, and then
there's the tasks that are obvious to
me that need to get done that aren't
apparent because the standard has
slipped so far.. There's also the tasks
related to each one of the new Builds,
on the foundation, next to the house,
and under the deck.            9:21 PM

Yeah the problem is is that virtually
overnight all the credit cards got run
past their limit. So I need to kind of
micromanage this until I feel confident
that we know what's going to be spent
on what. Right now as soon as I leave,
it's going to turn into a free-for-all if I
just keep the cards open. There's no
structure, no timelines, and therefore
no Prospect of success.        9:22 PM

Right but before we can talk about

😊 Message                 📎  📷  🎤

　　　　□　　　　○　　　　◁

1



10:10 🖥 🖪                    🗖 👯 �top🔋 51% ◯

← 🗫 π Stuart Trusty        📷 📞 ⋮

I'm going to keep doing a good job.
If you want me to stay but I'm going
to need money to do it. Not an
extraordinary amount of money but
a reasonable working budget. I can
find cheap labor. Not necessarily in
one hour's notice but I can find cheap
labor.                         9:31 PM ✓✓

ok, the construction costs, I'm driving
that from a business decision. I'm still
in the hole, every dollar that has come
in so far has all gone back into your
custody in one way or another. So
when you ask me to buy more things
or go into debt on credit cards, none
of this is coming out of income so far.
So when I say that a fabric needs to
be put on the ceiling in one, and that
we invest in something to amp up the
income, and pay something else that
may be a high priority in your opinion,
but to me it's just a simple construction
patch that needs to be paid out of
income, it's just business.        9:31 PM

😊 Message              ✎ 📷 🎤

    ☐        ◯        ◁



1



And a lot of it isn't the tasks, it's the rapidity with which they're done in. It's one thing to talk about mosquitoes, but when you have guests complaining, mosquitoes in the house, children getting stung, getting it done four days from now or something like that really is very poor level of service. All of these tasks are like that.  Everyone talks. Only action is important. That's the number one thing in this business. Everyone wants to give a lot of bulshit about something that's never going to be done that they're going to supposedly do. And then they're supposed to get a money in the meantime. It's the central swindle of all construction.  Unfortunately, usually it's springs from good untentions, poor planning, and running out of time and money.

9:34 PM

Because speaking of nuance that was not recognized, I felt pretty attacked that Sunday that the couple that

Message



1



know that and I would have conveyed that to everybody I know had I known that at all. 10:01 PM

No, most likely Mike is a godsend, but I just don't know him. I didn't know you, but Sikhi does, and I trust his judgment. So I trust you. But that doesn't mean I trust your judgment about 3rd parties the dame way I trust Sikhi's judgment, yet. I just don't know how this is going to be managed, I only want to use working management structures. 10:02 PM

I know I just contradicted myself yes it's relevant in the sense that that's the way I need to be handling things in terms of hiring people but in my case it doesn't matter. In fact it only bolsters the goodness of it for me 10:02 PM

An NGO is an international version of a US 501 c 3, nonprofit, tax deductible organization. it can receive donations from anywhere, and they're tax deductible in the country that they



1











10:12

π Stuart Trusty

with and how.                                    10:10 PM

All right well if you have these three
budgets please give them to me.
Because I can't stay within parameters
I can't measure. I said I was a good
hospitality manager I never said that I
was Kreskin.                                    10:12 PM

I disagree with you on that point about
you being considerate to the needs
of Ronald. And I really don't want to
go into that right now but one more
time: I feel insulted where I predict
you will not comprehend. I am nothing
if not sincerely and compassionately
with my actual soul incredibly kind
to people. Overly so I'm told. The
exchange you saw with me and
Nicholas today as we left? That's not a
rare occurrence in my life. It backfires
on me all the time. But I've never been
called in considerate once not once.
I'm not a name caller, I'm not rude
I'm not Petty I'm very sensitive. Ronald
walked all over this house walked all
over this business over and over again

Message

2







It's kind of hard to remember that when you're doing this to me I'm asking you for this one thing I care about you too I wouldn't be fucking have this conversation with you God damn it

I also don't have 300 and PayPal to send you, so if you want me to send it to you with xmr, give me another address. you can delay the expense report, but I need you to make it up.

And if I haven't proven with actual action that I give a shit about you and I your business I care about you I appreciate you I don't know why you can't see what I see I don't know why you can't believe me when I tell you what's going on here. I'm not even a dramatic person and you have brought this part of me to the surface that I really do not bring out at all

I'm the CFO of an ngo, I'm trying to

Message







1:55

π Stuart Trusty

and unappreciative all along so back at you I don't either

8:22 PM

why, I'm not the one that drops the ball paying you or anything else. you're the one that's completely let me down with my request. how that is me unappreciated you I have no idea.

8:22 PM

I've completely let you down? Really? That's rich. I don't think that this upcoming visit of yours and me are going to go very well so let's make a decision right now are we going to get along or do I need to find another place to live before you get here? I'm dead serious. Because I am on the cusp of having a total breakdown right now and I'm not going to do this and definitely this is so masochistic it's ridiculous

8:23 PM

I asked you to do a simple task, all you've done is drag it out. I asked him to get a professional involved you didn't want to do it. you tell me

Message





1:56

π Stuart Trusty

How many more explanations do you need than the ones I just gave you?? My son is here it's been 13 years since I've seen him somebody raped me I had to live next door to him for 6 months after that. I just had him removed his room is full of shit literally feces I'm barely holding it together it's not neutral September 4th maybe I don't know the reason but it's still not due till September 4th. I don't have simple things because I don't get paid anymore than the money it takes to run this place I just can't I can't do this anymore please
8:24 PM

It's not done except that it's not done either tell me to fuck off and give it to somebody else and fire me or wait till it gets done like you told me you were going to do you said well we'll take care of this when I get back which is exactly what you said and now you're now you're freaking out again
8:25 PM

I can't talk about this anymore tonigh

Message

3

